# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MICHAEL ANTHONY ABELS,

    Plaintiff,

v.

KIRSTEN SKIPWORTH., *et al*.,

    Defendants

No. 09-5572RBL/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation [Dkt. #8], and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's Motion to Proceed *in forma pauperis* is DENIED. Plaintiff will have thirty days from today to pay the full filing fee. If the fee is not paid this action should be DISMISSED. All pending motions are DENIED. Further, plaintiff is informed he must receive relief by way of Habeas Corpus prior to the claims in this action accruing.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1    (3)   The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 27th day of November, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2