AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court
WESTERN DISTRICT OF WASHINGTON

MICHAEL ANTHONY ABELS

JUDGMENT IN A CIVIL CASE

v.

KRISTEN SKIPWORTH, *et al.*,

CASE NUMBER: C09-5572RBL/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT


This matter is dismissed without prejudice.



| January 4, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk